## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN
## CIVIL ACTION NO. 1:08CV-P1-R

**EARL DAVIS RIGSBY**                                                                                **PLAINTIFF**

**v.**

**OFFICER VICTOR COOTS**                                                                   **DEFENDANT**

### MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Earl Davis Rigsby assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Memorandum and Order entered December 30, 2008 (DN 8), the Court ordered Plaintiff to amend the complaint. The copy of that Memorandum and Order sent to Plaintiff was returned to the Court by the United States Postal Service on January 7, 2009, marked "Returned to Sender-Refused" (DN 9). Apparently, Plaintiff is no longer incarcerated at Simpson County Jail (his address of record), and he has not advised the Court of any change in his address. Because neither notices from this Court nor filings by Defendant can be served on Plaintiff, the Court concludes that Plaintiff has abandoned any interest in prosecuting this case.[1]

---

[1] By Order entered in a separate civil action, the Court dismissed Earl Davis Rigsby as a plaintiff on October 31, 2008, finding that he also abandoned that action based on returned mail. On the returned envelope in that case, the Simpson County Jail marked "Return to Sender-Not Deliverable As Addressed-Unable to forward." *See* Civil Action No. 1:07CV-P200-R (DN 72).

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:   Plaintiff, *pro se*
4413.005